TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00076-CV

Global Entrepreneurs Network, Inc. and Thomas Heimann, Appellants

v.

Harold Gregg and Expert's Choice, Inc., Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT

NO. 97-08752, HONORABLE HUME COFER, JUDGE PRESIDING 

PER CURIAM

 Appellants Global Entrepreneurs Network, Inc. and Thomas Heimann move this
Court to dismiss their interlocutory appeal of the trial court's order denying their special
appearances. We grant the motion.

 We dismiss the appeal. Tex. R. App. P. 42.1(a)(2).

Before Chief Justice Yeakel, Justices Aboussie and Jones

Dismissed on Appellants' Motion

Filed: April 24, 1998

Do Not Publish